**Richard L. GAHR, Plaintiff— Appellant,**

v.

**Gary SWARTHOUT; et al., Defendants—Appellees.**

**No. 11–15013.**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 17, 2012.*

Filed April 24, 2012.

Richard L. Gahr, Vacaville, CA, pro se.

Trace Maiorino, Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

## MEMORANDUM **

California state prisoner Richard L. Gahr appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging denial of access to courts and defamation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

The district court properly dismissed Gahr's action because he failed to allege prison officials' refusal to photocopy documents caused him *actual injury or deprivation of a protected liberty or property interest*. See *Lewis v. Casey*, 518 U.S. 343, 348–49, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (actual injury for access-to-courts claim requires showing that defendants hindered a non-frivolous legal claim); *Paul v. Davis*, 424 U.S. 693, 712, 96 S.Ct. 1155, 47 L.Ed.2d 405 (1976) (§ 1983 defa-mation claim requires violation of protected liberty or property interest).

**AFFIRMED.**

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.

